AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Hudson Construction Company | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:18-cv-00642-BHH |
| Martin Marietta Materials Inc. | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court finds and concludes that Plaintiff Hudson Construction Company's seven causes of action fail as a matter of law and that Hudson's failure to pay $20,850.00 in past due invoices for accepted material constitutes a breach of the parties' contracts. The Court finds in favor of Defendant Martin Marietta on its counterclaim for breach of contract against Plaintiff Hudson Construction Company.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ tried by the Honorable <u>Bruce Howe Hendricks</u> presiding, without a jury and the above decision was reached.

☐ decided by the Honorable

Date:   March 26, 2021

*CLERK OF COURT*

s/ Virginia Druce

*Signature of Clerk or Deputy Clerk*